IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERIFUND CAPITAL            :
INCORPORATED
       Plaintiff            :
    v.            :            Civil No AMD-01-3841
            :
NETWORK TECHNOLOGIES GROUP,   :
INC., et al            :
       Defendant            :

...oOo...

SETTLEMENT ORDER
(Local Rule 111.1)

____FILED ____ENTERED
____LODGED ____RECEIVED

FEB 1 3 2002

CLERK U.S. DISTRICT COUR.
DISTRICT OF MARYLAND
                DEPUTY

      This Court, having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any,

      IT IS ORDERED that this action is hereby DISMISSED with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within Thirty (30) days to reopen this action is settlement is not consummated. If no such motion is filed within 30 days, the dismissal of this action is with prejudice.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

Dated: February 13, 2002

_____
ANDRE M. DAVIS
United States District Judge